UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

| | |
|---|---|
| In re:<br><br>      Brenda Gay Banks,<br><br>                      *Debtor/Plaintiff*<br><br>vs.<br><br>      Credit Acceptance Corp.,<br><br>                      *Defendant.* | Case: 19-10093<br><br>Chapter: 13<br><br>Adversary No: 20-01014<br><br>Judge Susan D. Barrett |

## DISCLOSURE STATEMENT
## S.D.G.A. LR 7.11

The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of the parties in this action:

| NAME | IDENTIFICATON AND RELATIONSHIP |
|---|---|
| **Brenda Gay Banks**<br>891 Manderson Circle<br>Hephzibah, GA 30815 | **Debtor/Plaintiff** |
| **Credit Acceptance Corp.**<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | **Defendant** |
| **Huon Le**<br>PO Box 2127<br>Augusta, GA 30903 | **Chapter 13 Trustee** |
| **Office of the US Trustee**<br>Johnson Square Business Cente<br>2 East Bryan Street<br>STE 725<br>Savannah, GA 31401 | **US Trustee** |
| **Lucinda Rauback, Clerk**<br>United States Bankruptcy Court<br>Federal Justice Center<br>600 James Brown Blvd.<br>P.O. Box 1487<br>Augusta, GA 30903 | **Bankruptcy Court Clerk** |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

**Corporation Service Company**         **Registered Agent Credit Acceptance Corporation**
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Brett A. Roberts**                    **Chief Executive Officer of Credit Acceptance Corporation**
25505 W. 12 Mile Road
Southfield, MI 48034

**Kenneth S. Booth**                    **Chief Financial Officer of Credit Acceptance Corporation**
25505 W. 12 Mile Road
Southfield, MI 48034

**Noah Kotch**                          **Chief Information Officer of Credit Acceptance Corporation**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Jonathan Lum**                        **Chief Operating Officer of Credit Acceptance Corporation**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Douglas W. Busk**                     **Treasurer of Credit Acceptance Corporation**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Charles A. Pearce**                   **Chief Legal Officer of Credit Acceptance Corporation**
25505 W. 12 Mile Road
Southfield, MI 48034

**Arthur Smith**                        **Chief Analytics Officer of Credit Acceptance Corporation**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Daniel A. Ulatowski**                 **Chief Sales Officer of Credit Acceptance Corporation**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Glenda Flanagan**                     **Executive Vice President and Senior Advisor, Whole Foods**

c/o Corporation Service Company                    **Market, Inc**
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Thomas N. Tryforos**                             **Private Investor of Credit Acceptance Corporation**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Scott J. Vassalluzzo**                           **Managing Member, Prescott General Partners, LLC**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092


        Respectfully submitted on October 13, 2020.

/s/ *Kathryn A. Brow Aho*
Kathryn A. Brow Aho (GA Bar #: 425482)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
k.brow@duncanbrow.com