UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

    Brenda Gay Banks,

*Debtor/Plaintiff*

vs.

    Credit Acceptance Corp.,

*Defendant.*

Case: 19-10093

Chapter: 13

Adversary No: 20-01014

Judge Susan D. Barrett

## AMENDED DISCLOSURE STATEMENT
## S.D.G.A. LR 7.11

The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of the parties in this action:

| NAME | IDENTIFICATON AND RELATIONSHIP |
|---|---|
| **Brenda Gay Banks**<br>891 Manderson Circle<br>Hephzibah, GA 30815 | **Debtor/Plaintiff** |
| **Credit Acceptance Corp.**<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | **Defendant** |
| **Huon Le**<br>PO Box 2127<br>Augusta, GA 30903 | **Chapter 13 Trustee** |
| **Office of the US Trustee**<br>Johnson Square Business Cente<br>2 East Bryan Street<br>STE 725<br>Savannah, GA 31401 | **US Trustee** |
| **Lucinda Rauback, Clerk**<br>United States Bankruptcy Court<br>Federal Justice Center<br>600 James Brown Blvd.<br>P.O. Box 1487<br>Augusta, GA 30903 | **Bankruptcy Court Clerk** |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| | |
|---|---|
| **Corporation Service Company**<br>40 Technology Drive South, Suite 300<br>Norcross, GA 30092 | **Registered Agent Credit Acceptance Corporation** |
| **Brett A. Roberts**<br>25505 W. 12 Mile Road<br>Southfield, MI 48034 | **Chief Executive Officer of Credit Acceptance Corporation** |
| **Kenneth S. Booth**<br>25505 W. 12 Mile Road<br>Southfield, MI 48034 | **Chief Financial Officer of Credit Acceptance Corporation** |
| **Noah Kotch**<br>c/o Corporation Service Company<br>40 Technology Drive South, Suite 300<br>Norcross, GA 30092 | **Chief Information Officer of Credit Acceptance Corporation** |
| **Jonathan Lum**<br>c/o Corporation Service Company<br>40 Technology Drive South, Suite 300<br>Norcross, GA 30092 | **Chief Operating Officer of Credit Acceptance Corporation** |
| **Douglas W. Busk**<br>c/o Corporation Service Company<br>40 Technology Drive South, Suite 300<br>Norcross, GA 30092 | **Treasurer of Credit Acceptance Corporation** |
| **Charles A. Pearce**<br>25505 W. 12 Mile Road<br>Southfield, MI 48034 | **Chief Legal Officer of Credit Acceptance Corporation** |
| **Arthur Smith**<br>c/o Corporation Service Company<br>40 Technology Drive South, Suite 300<br>Norcross, GA 30092 | **Chief Analytics Officer of Credit Acceptance Corporation** |
| **Daniel A. Ulatowski**<br>c/o Corporation Service Company<br>40 Technology Drive South, Suite 300<br>Norcross, GA 30092 | **Chief Sales Officer of Credit Acceptance Corporation** |

| | |
|---|---|
| **Glenda Flanagan** | **Executive Vice President and Senior Advisor, Whole Foods Market, Inc** |
| c/o Corporation Service Company | |
| 40 Technology Drive South, Suite 300 | |
| Norcross, GA 30092 | |

    The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

**Thomas N. Tryforos**       **Private Investor of Credit Acceptance Corporation**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

**Scott J. Vassalluzzo**       **Managing Member, Prescott General Partners, LLC**
c/o Corporation Service Company
40 Technology Drive South, Suite 300
Norcross, GA 30092

    Respectfully submitted on October 30, 2020.

/s/ *Kathryn A. Brow Aho*
Kathryn A. Brow Aho (GA Bar #: 425482)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
k.brow@duncanbrow.com