**IT IS ORDERED as set forth below:**



**Date: November 20, 2020**

*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 13 |
| BRENDA GAY BANKS,    Debtor. | : : : : | CASE NO: 19-10093 SDB |
| BRENDA GAY BANKS    Plaintiff, v. CREDIT ACCEPTANCE CORPORATION,    Defendant | : : : : | ADVERSARY PROCEEDING    NO. 20-01014 SDB |

**CONSENT JUDGMENT**

On October 2, 2020, Debtor Brenda Banks (the "Debtor") filed this adversary proceeding against Credit Acceptance Corporation ("Credit Acceptance") (collectively, the "Parties"). In Count I of the adversary proceeding, the Debtor seeks judgment compelling Credit Acceptance to turnover and repay directly to the Chapter 13 Trustee $8,538.11 which the Debtor alleges was paid to Credit Acceptance by the Chapter 13 Trustee through error and contrary to the Chapter 13 Plan filed by the Debtor. In Count II of the adversary proceeding, the Debtor seeks damages from Credit Acceptance for an alleged violation of the automatic stay afforded by 11 USC 362.

To expedite resolution of the adversary proceeding and reduce litigation time and expense, the Parties have consented to the entry of this judgment. No adverse interest requiring notice

pursuant to Bankruptcy Rule 2002 (a) appears and the Chapter 13 Trustee, as evidenced by the Trustee's signature below, has consented to the entry of the same.

Therefore, by consent, it is hereby ORDERED as follows:

ORDERED that within 10 days of this judgment becoming a final order from which no appeal has been filed or is pending, Credit Acceptance shall pay directly to the Chapter Trustee $6,738.11 being the alleged overpayment of $8,538.11 less $1,800.00 for 18 months adequate protection. Payment of the $6,738.11 shall be deemed to be payment in full and complete satisfaction of all the claims raised against Credit Acceptance in this adversary proceeding.

ORDERED that the stay afforded by 11 USC 362 is modified so that Credit Acceptance may take such action with respect to that certain 2014 Chevrolet Impala vehicle, VIN 2G1WC5E3XE1171005, (the "Vehicle") as is authorized by Contract and State law. Credit Acceptance shall remit to the Trustee such proceeds as exceed the lawful debt due, if any, following the disposition of the Vehicle. Within 10 days of this judgment becoming a final order from which no appeal has been filed or is pending, the Debtor shall make the Vehicle available to Credit Acceptance for turnover.

ORDERED that this judgment conclusively resolves all matters raised in the adversary proceeding.

[END OF DOCUMENT]

(Signatures of parties consenting to entry of judgment on next page)

United States Bankruptcy Court for the Southern District of Georgia Ch 13 Case Number 19-10093-SDB AP # 20-01014-SDB Brenda Gay Banks v. Credit Acceptance Corp. Consent Judgment

Consented To:

DUNCAN & BROW, ATTORNEYS AT LAW, LLC

BY: /s/ Kathryn A. Brow Aho
Attorneys for Debtor
Kathryn A. Brow Aho  GBN 425482
2608 Commons Blvd, Ste A
Augusta GA 30309
(706) 755-2928
k.brow@duncanbrow.com

Consented To:

LEVINE & BLOCK, LLC

By:/s/ Ronald A. Levine
Attorneys for Credit Acceptance Corp.
Ronald A. Levine, Esq. GBN 448736
PO Box 42148
Atlanta, GA 30342
 rlevine@levineblock.com


Has read and no opposition:


OFFICE OF THE CHAPTER 13 TRUSTEE

BY:
Huon Le
PO Box 102173
Augusta GA 30368-2173

Frederick Carpenter
Attorney for Chapter 13
Trustee Huon Le
GA. Bar No. 341438

LEVINE & BLOCK, LLC